UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| FERNANDO C. CHAVEZ<br><br>Plaintiff,<br><br>vs.,<br><br>COMISSIONER SOCIAL<br>  SECURITY<br>Defendant. | Civil No. 3:18-cv-01728-BR<br><br>ORDER TO PAY<br>EAJA FEES |

Brown, Senior Judge:

    Following my review of Plaintiff's Motion and supporting documentation, and after consideration of Defendant's response, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, $9,676.80 is awarded to Plaintiff in care of her attorney, Nancy J. Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J. Meserow, subject to the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010); and in addition, Plaintiff is awarded $9.00 for postage expenses, and $6.00 in photocopying costs pursuant to 28 U.S.C. 1920. Any check issued for EAJA fees or for costs and expenses shall be sent to Plaintiff in care

of his attorney, Nancy J. Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR
97219.

IT IS SO ORDERED.

Dated this 26th day of November, 2019

_____
ANNA J. BROWN,
United States Senior District Judge


Submitted by: Nancy J. Meserow,   OSB No. 820895
Attorney for Plaintiff
/s/ Nancy J. Meserow
Nancy J. Meserow